COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-435-CV

EMILY R. EMMET, M.D.
 
APPELLANT

V.

JOAN L. BERGSTROM, M.D., P.A.,
 APPELLEE

D/B/A WOMEN'S HEALTH SERVICES
 
 

----------

FROM THE 17
TH
 DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant’s “Motion To Dismiss Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL B:  WALKER, LIVINGSTON, and DAUPHINOT, JJ.

DELIVERED:  September 27, 2007

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.